Mark Pifko, Esq. (SBN 228412)
Baron & Budd, P.C.
15910 Ventura Blvd., Suite 1600, Encino, CA 91436
Steven T. Baron, Esq. (Admitted Pro Hac Vice)
Baron & Budd, P.C.,
3102 Oak Lawn Ave., Suite 1100, Dallas, TX 75219

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Michael Spielman and Loretta Spielman,

Plaintiff(s),

v.

Paul H. Gesswein Co., Inc.

Defendant(s).

CASE NUMBER

2:17-cv-04006 BRO (AFM)

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

June 27, 2017                                /s/ Steven T. Baron
*Date*                                       *Signature of Attorney/Party*

NOTE: **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*